1  **THOMAS AVDEEF, ESQ. [STATE BAR # 88942]**
   **LAW OFFICE OF THOMAS AVDEEF**
2  **191 N. CENTER STREET**
   **ORANGE, CA 92866**
3  **TELEPHONE:  (714) 288-4194**
   FACSIMILE: (714) 744-3820
4  E-MAIL: tashark@aol.com

5

6  Attorney for Plaintiff Frederick J. Lass, and as Executor
   of the Estate of Michael Patrick Lass

7

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12                                )    Case No.:  **SACV 08-01132 JVS (ANx)**
   FREDERICK    J.    LASS,       )
13 Individually,    and    as     )
   Executor  of  the  Estate      )    COMPLAINT  FOR  DAMAGES  FOR
14 of MICHAEL PATRICK LASS         )    VIOLATION     OF     FEDERAL
                                   )    CONSTITUTIONAL RIGHTS UNDER
15      Plaintiff,                 )    COLOR   OF   STATE   LAW   (42
                                   )    U.S.C.  §1983)  VIOLATION  OF
16    vs.                          )    RIGHT    TO    FREEDOM    OF
                                   )    INTERFERENCE    WITH    PARENT
17 COUNTY    OF    ORANGE,         )    RELATIONSHIP  WITHOUT   DUE
   MICHAEL  S.  CARONA, and        )    PROCESS OF LAW, VIOLATION OF
18 DOES   1   through  10 ,        )    RIGHTS   TO   PROTECTION  FROM
   inclusive,                      )    DEADLY    INJURY    WHILE    IN
19                                 )    POLICE CUSTODY, VIOLATION OF
        Defendants                 )    RIGHT   TO   FREEDOM    FROM
20 _____  )    UNLAWFUL    AND    REASONABLE
                                        FORCE,    AND    SUPPLEMENTAL
21                                      CALIFORNIA STATE LAW CLAIMS
                                        FOR    WRONGFUL    DEATH,
22                                      NEGLIGENCE,    INTENTIONAL
                                        INFLICTION    OF    EMOTIONAL
23                                      DISTRESS, ASSAULT, BATTERY,
                                        AND VIOLATION OF CAL. CIVIL
24                                      CODE §52.1

25                                      JURY TRIAL DEMANDED

26

27      COMES NOW, plaintiff Frederick J. Lass, individually,

28 and as Executor of the Estate of Michael Patrick Lass and

                              1

alleges to the honorable court as follows:

<u>JURISDICTIONAL ALLEGATIONS</u>

1. This action is brought under 42 U.S.C. §1983, as this court has jurisdiction over this matter under the court's federal question jurisdiction pursuant to 28 U.S.C. §1331.

2. The incidents alleged and complained of in this action occurred in the County of Orange, State of California, and within the territorial jurisdiction of this court and venue properly lies with this court pursuant to 28 U.S.C. §1391(b)(2).

3. As the plaintiff's claims brought under California state law arise out of the same transactions and occurrences, and out of a common nucleus of operative facts as plaintiff's Federal question claims, this court has jurisdiction over the plaintiff's California state law claims under its supplemental jurisdiction, and otherwise pursuant to *Mine Workers v. Gibbs*, (383 U.S. 715 (1966).

<u>GENERAL ALLEGATIONS</u>

4. Plaintiff Frederick J. Lass, hereafter referred to as "plaintiff", is a natural person, who at all times complained of in this action, resides in the County of

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

2

COMPLAINT FOR DAMAGES

Orange, State of California.

5.    Frederick J. Lass was at all times complained of herein, the Father of decedent Michael Patrick Lass (hereinafter referred to as "deceased"), who was born August 21, 1979.

6.    Frederick J. Lass was and is at all times complained of herein, the Executor of the Estate of decedent Michael Patrick Lass, who died October 12, 2007, intestate and without issue.

7.    Frederick J. Lass is the only surviving parent of decedent Michael Patrick Lass, who died October 12, 2007, intestate and without issue.

8.    Defendant County of Orange, hereinafter referred to as "County", is a municipal entity located within the State of California, within the territorial jurisdiction of this court.

9.    Defendant Michael S. Carona, hereafter referred to as "Carona" is, and was at all times complained of in this action, the former elected Sheriff of Orange County, California from 1999 to 2007.

10.    Corona was the final policymaker and chief policymaking official of the Orange County Sheriff's

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

3

COMPLAINT FOR DAMAGES

Department from 1999 through 2007, and was at all times complained of herein, acting under the color of the state law.

11.  At all times complained of herein, DOES 1 through 50, were each acting as individual persons under the color of state law, pursuant to their authority as Deputy Sheriff and/or custodial officers and/or special officers and/or some other type of jailer or custodial officer, as employees of defendant County of Orange, and were acting in the course of and within the scope of their employment with defendant County of Orange.

12.  At all times complained of herein, DOES 51 through 65, were each acting is individual persons under the color of State law, pursuant to their authority as nurses, and/or medical assistants and/or medical staffers and/or some other type of medical providers, as employees of defendant County of Orange, and were acting in the course of and within the scope of their employment with defendant County of Orange.

13.  Defendants DOES 1 through 80, inclusive, are sued herein under fictitious names.  Their true names and capacities are unknown to plaintiff at this time.  When

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

4

COMPLAINT FOR DAMAGES

their true names and capacities are ascertained, plaintiff will amend this complaint by inserting their true names and capacities.  Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named defendants is responsible in some manner for the occurrences alleged, and that plaintiff's damages as alleged in this complaint were proximately caused by the actions of such defendants.

14.   Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto each of the defendants was the agent of each of the remaining defendants, and in doing the things alleged were acting within the course and scope of such agency and with the permission and consent of his or her co-defendants.

15.   Decedent Michael Patrick Lass had been arrested on a bench warrant for drinking in public and booked in the Orange County Jail on October 10, 2007 at 4:21 a.m.

16.   Decedent under booking number 2414304 was housed in the Inmate Intake Center of the Orange County Jail operated under the policy of defendants Sheriff Michael S. Carona and County of Orange.

17.   On October 11, 2007, at 11:00 a.m., the decedent

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

appeared by video in Department C-49 of the Orange County Superior Court, Central Justice Center for an arraignment before the Honorable Erick L. Larsh, Judge presiding.

18.  Decedent entered a plea of guilty to the charged offense of drinking in public and sentenced to serve five (5) days in the Orange County Jail with credit of two (2) days served.

19.  At all times complained of herein, defendants DOES 1 through 50 inclusive, are deputy sheriffs, special officers, custodial officers, jailers, supervisors and/or final policy making officials for the Orange County Sheriff's Department, or some other type of public officer/public official acting under the color of state law, who are in some substantial way liable and responsible for, or otherwise caused or participated in, the actions complained of by the plaintiff in this instant action.

20.  DOES 1 through 80, inclusive, are natural persons whose identities are presently unknown to plaintiffs, who, therefore, sues these persons by the fictitious name DOE.

21.  At all times complained of herein, DOES 1 through 50, inclusive, were acting pursuant to their authority as

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

deputies sheriffs, specials officers, custodial officers, jailers, supervisors and/or final policy making officials for the Orange County Sheriff's Department, or some other type of public officer/public official acting under the color of state law, and were acting in the course of and within the scope of their employment with their respective employers, including the County of Orange, and were acting in conspiratorial action and/or concerted action and/or in concerted action, with the other DOES, named parties and other persons, to beat-up and/or to kill decedent Michael Patrick Lass.

22.   Plaintiff will amend his complaint to show the true identities of DOES 1 through 50, inclusive, when he becomes aware of said identities.

23.   In addition, at all times complained of herein, DOES 1 through 50, inclusive, were acting pursuant to, or otherwise contributed to the creation and maintenance of the CARONA policy and perpetuated or substantially contributed to, the customs, policies, usages and practices of the Orange County Jail, Orange County Sheriff's Department and County of Orange for *inter alia*, 1) unlawfully and unreasonably torturing, beating-up and

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA  92666
(714) 288-4194

7

COMPLAINT FOR DAMAGES

otherwise using unlawful and reasonable force on inmates/prisoners at the Orange County Jails; 2) deliberately failing to have fixed video monitoring camera and recorders in certain areas of the Orange County Jails, including Jail facility, to ensure/help ensure the safety of inmates; 3) failing to stop, and actually encouraging the beatings of inmates; 4) routinely destroying important real evidence to cover-up wrongdoing by jail personnel; 5) being indifferent to the safety of the inmates/prisoners at the Orange County Jails, including actually seeing, hearing or otherwise knowing that an inmate/prisoner is actually or will actually be beaten-up, and not only making no effort to protect the inmate/prisoner who is or is going to be beaten-up, but by actually encouraging such beatings; 6) failing to discipline and tolerate and acquiesce in those policies, customs, usages and practices of the Orange County Sheriff's Department and said agency's Jails, by knowing about the widespread beating and torture of inmates at the Orange County Jails and failing to take any corrective measures, and/or being in a position the said defendants should reasonably have known about the widespread beating and torture of inmates

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

COMPLAINT FOR DAMAGES

at the Orange County Jails and failing to take any corrective measures.

24.  In addition to the above and foregoing, all of the individually named defendants to this action, including said DOE defendants, acted pursuant to a conspiracy, agreement and understanding and common plan and scheme to deprive the plaintiffs of their constitutional rights ad described below, and acted in joint and concerted action to so deprive the plaintiff of his constitutional rights as set forth below; all in violation of 42 U.S.C. §1983, and otherwise in violation of California state law.

25.  Said conspiracy/agreement/understanding/plan/scheme/joint action/concerted action, above-referenced, was a legal cause of the violation of plaintiff's constitutional rights, as set forth below.

26.  Said policies and practices of the County of Orange, County Sheriff's Department/County of Orange, above-described , was a legal cause of the violation of plaintiff's constitutional rights, as set forth below.

27.  Plaintiff's timely filed his tort claims against the County of Orange pursuant to the California Tort

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

Claims Act, Cal.Gov't Code §900 *et seq.*, and said claims were denied by operation of law.

### FIRST CAUSE OF ACTION

### VIOLATION OF 42 U.S.C. §1983

SECTION 1983 WRONGFUL DEATH/VIOLATION OF FOURTEENTH AMENDMENT RIGHT TO FREEDOM OF INTERFERENCE WITH PARENT-CHILD RELATIONSHIP WITHOUT DUE PROCESS OF LAW

(By plaintiff Frederick J. Lass, Individually, Against all defendants)

28.   Plaintiff hereby realleges and incorporate by reference the allegations set forth in paragraphs 1 through 27, inclusive, above, as set forth in full herein.

29.   Plaintiff Frederick J. Lass, was the father of plaintiff's deceased, Michael Patrick Lass, and is the Executor of his Estate.

30.   Plaintiff's deceased, Michael Patrick Lass, was 28 years old, male, who was at the time of his death, October 12, 2007, an inmate at the Orange County Jail, Inmate Intake Center facility.

31.   Plaintiff's deceased had been in the Orange County Jail since October 10, 2007, when he was arrested on an outstanding misdemeanor warrant for drinking in public (Santa Ana Municipal Code 10-33)

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

COMPLAINT FOR DAMAGES

32.  On October 11, 2007, at 11:00 a.m., plaintiff's deceased had his in-custody video arraignment on the misdemeanor case.

33.  On October 11, 2007, plaintiff's deceased entered a plea of guilty to the charged offense of drinking in public and was sentenced to serve five (5) days in the Orange County Jail with credit for two (2) days served.

34.  At a certain point in time prior to 1:03 p.m., the plaintiff's deceased while housed at the Orange County Jail, Inmate Intake Center was confronted by DOES 1 through 10, inclusive.

35.  Plaintiff's deceased,,who was otherwise mild mannered, was attacked by DOES 1 through 10, inclusive, and beaten.

36.  The longstanding and unwritten policy and practice of the deputies, jailers, and/or guards of the Orange County Jails was that if an inmate did not move fast enough, respond quickly or for such reasons as: 1) The deputies, jailers and/or guards did not care for the speech of inmates; 2) attitude of inmates; 3) making or filing a grievance against a deputy; jailer and/or guard) and for various other reasons; 5) the deputies, jailers

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

and/or guards would have the inmate "taxed" or beaten up.

37.  This practice by the deputies, jailers and/or guards was long standing and an unwritten policy that was passed on and followed by the deputies, jailers and/or guards from working shift to working shift, from day to day and year in and year out.

38.  The deputies, jailers and/or guards ran the Orange County Jails with a blanket of fear of punishment and beatings to control every aspect of the lives of the inmates.

39.  On October 12, 2007, just before the hour of 1:00 p.m., DOES 1 through 10, inclusive, and/or other persons at the jail proceed to beat plaintiff's deceased by punching him, kicking him, dragging him, jumping on top of him, choking him, physically restraining him with cuffs,, strapping him into a torture chair in order to beat him further, placing a Hanible Lector mask upon his face to silence his protests and screams from the physical assault and beating and then while restrained in the torture chair, taser shocks of 50,000 volts were applied to his body repeatedly on at least 4 occasions.

40.  Plaintiff's deceased, Michael Patrick Lass' pleas

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA  92666
(714) 288-4194

for help and screams of pain went unanswered and were silenced by the procedures and policies of the deputies, jailers and/or guards and use of instruments of torture.

41.  As a result of the overwhelming assault upon plaintiff's deceased, he began to slowly die from his injuries.

42.  The deputies, jailers and/or guards went into a "panic mode" to try and revive the dying Michael Patrick Lass and called for the assistance of the nursing staff at the Inmate Reception Center.

43.  The nursing staff, DOES 51 through 60, were unable to assist the deputies, jailers, and/or guards to revive the dying Michael Patrick Lass due to a lack of training, equipment failure and experience and put out a 911 call for paramedic assistance.

44.  Upon the arrival of the Santa Ana Fire Department Paramedical Unit, the dying Michael Patrick Lass' condition was evaluated and he was placed on basic life support, when the response to basic life support failed he was placed on advanced life support and they transported Michael Patrick Lass at 1:35 p.m. to St. Joseph Hospital arriving at 1:40 p.m., wherein at the hour of 1:44 p.m.,

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

13

COMPLAINT FOR DAMAGES

Michael Patrick Lass died of the injuries inflicted by the deputies, jailers and/or guards.

45.  At all times complained of herein, COUNTY knew of the propensities and conduct of it's deputies, jailers and/or guards, i.e. DOES 1 through 10, inclusive, to beat and torture inmates in the Orange County Jails.

46.  Said actions of the defendants complained of above, resulting in the beating death of plaintiff's deceased Michael Patrick Lass, constituted, the use of unreasonable and excessive force upon Michael Patrick Lass, were shocking to the conscious, and violated plaintiff Frederick J. Lass' fourteenth amendment due process right to be free from interference with his parent-child relationship with plaintiff's deceased, Michael Patrick Lass.

47.  Said violation of plaintiff Frederick J. Lass fourteenth amendment due process right to be free from interference with his parent-child relationship proximately resulted in his suffering severe mental, emotional and physical distress, pain and suffering, the loss of his relationship with his late son, Michael Patrick Lass, in his incurring medical and psychological

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

costs/bills and expenses, in his incurring funeral and burial expenses, and in his incurring other special and general damages, all in an amount to be proven at trial in excess of $20,000,000.00.

48.   The actions by said defendants complained of above were done maliciously and in reckless disregard of the plaintiff's constitutional rights, sufficient for an award of punitive/exemplary damages against defendants in an amount to be shown at trial, in excess of $20,000,00.00.

SECOND CAUSE OF ACTION
VIOLATION OF 42 U.S.C. §1983
SECTION 1983 WRONGFUL DEATH/VIOLATION OF FORTH
AMENDMENT RIGHT TO FREEDOM FROM UNREASONABLE/
EXCESSIVE FORCE
(By Plaintiff Frederick J. Lass, on Behalf of and as
Executor of the Estate of Michael Patrick Lass,
against all Defendants.)

49.   Plaintiff hereby reallges and incorporates by reference the allegations set forth in paragraphs 28 though 48, inclusive, above, as if set forth in full herein.

50.   Defendants' actions complained of above constitute the use of unreasonable/excessive force on plaintiff's deceased, who was a sentenced inmate serving the remaining three (3) days sentence for drinking in

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

15

COMPLAINT FOR DAMAGES

public.

51.  Said use of unreasonable/excessive force on plaintiff's deceased, Michael Patrick Lass, to suffer severe physical mental and emotional injuries, distress, pain and suffering, before he passed away (pre-death distress, pain and suffering), and ultimately said use of unreasonable/excessive force on plaintiff's deceased resulted in Michael Patrick Lass's death on October 12, 2007.

52.  Accordingly, said violations of plaintiff's deceased's right to be free from the use of unreasonable force upon his person caused him to suffer severe physical mental and emotional injuries; distress, pain and suffering, before he passed away (pre-death distress, pain and suffering), and ultimately, his wrongful death, all in an amount in excess of $20,000,000.00.

53.  The actions by said defendants complained of above were done maliciously and in reckless disregard of the plaintiff's constitutional rights, sufficient for an award of punitive/exemplary damages against defendants in an amount to be shown at trial, in excess of $20,000,00.00.

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

16

COMPLAINT FOR DAMAGES
16

<u>THIRD CAUSE OF ACTION</u>
Wrongful Death (Cal.Civ. Proc.Code §377.60 *et seq.*)
Under California State Law
(By Plaintiff Frederick J. Lass, Individually,
Against all Defendants)

54.   Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 49 through 53 inclusive, above, as if set forth in full herein.

55.   As shown above, said defendants wrongfully, unlawfully and unjustifiably murdered and otherwise proximately caused the death of plaintiff's deceased; Michael Patrick Lass, October 12, 2007.

56.   As a direct and proximate result of defendant's actions, above-referenced, plaintiff Frederick J. Lass, the father of Michael Patrick Lass, lost his father -son relationship with his late son, Michael Patrick Lass.

57.   Also as a direct and proximate result of defendants' actions, above-referenced, plaintiff Frederick J. Lass, the father of Michael Patrick Lass, incurred medical and psychological costs/bills and expenses, incurred funeral and burial expenses, and incurred other special and general damages, all in an amount to be proven at trial in excess of $20,000,000.00.

58.   The actions by said defendants complained of

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA  92666
(714) 288-4194

COMPLAINT FOR DAMAGES

above were done maliciously, oppressively and constituted

despicable conduct; sufficient for an award of

punitive/exemplary damages against plaintiffs in an amount

to be shown at trial, in excess of $20,000,000.00.

<u>FOURTH CAUSE OF ACTION</u>
WRONGFUL DEATH (Cal. Civ.Proc.Code § 377.60 *et
seq.*)
Under California State Law
(By Plaintiff Frederick J. Lass as Executor of the Estate
of Patrick Lass, on Behalf of the Estate of
Michael Patrick Lass , Against all
Defendants)

59.  Plaintiff hereby realleges and incorporates by

reference the allegations set forth in paragraphs 54

through 58, inclusive, above, as if set forth in full

herein.

60.  As shown above, said defendants wrongfully,

unlawfully and unjustifiably and otherwise proximately

caused the death of plaintiff's deceased; Michael Patrick

Lass on October 12, 2007.

61.  Defendants causing the wrongful death of

plaintiff's deceased, Patrick Lass, was shocking to the

conscience, caused Michael Patrick Lass, to suffer severe

physical mental and emotional injuries, distress, pain and

suffering, before he passed away (pre-death distress, pain

and suffering), and ultimately said use of

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

18

COMPLAINT FOR DAMAGES     18

unreasonable/excessive force on plaintiff's resulted in Michael Patrick Lass' death on October 12, 2007.

62. Moreover, plaintiff's deceased, Michael Patrick Lass' untimely death denied his Estate wages and profits and will continue to suffer the loss of the wages and profits that plaintiff's deceased, Michael Patrick Lass, would have earned during his life time.

63. Moreover, the actions by said defendants complained of above were done maliciously, oppressively and constituted despicable conduct; sufficient for an award of punitive/exemplary damages against defendants in an amount to be shown at trial, in excess of $20,000,000.00.

64. Accordingly, said action of defendants complained of above proximately resulted in a loss of compensatory damages to the Estate of Michael Patrick Lass in the amount to be proven at trial in excess of $20,000,000.00.

## FIFTH CAUSE OF ACTION
## VIOLATION OF 42 U.S.C. §1983
VIOLATION OF FOURTEENTH AMENDMENT RIGHT TO PROTECTION FROM PHYSICAL INJURY WHILE IN POLICE CUSTODY
(By Plaintiff Frederick J. Lass, on behalf of and as Executor
of Estate of Michael Patrick Lass, Against all Defendants)

65. Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 59

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

through 64, inclusive, above, as if set forth in full herein.

66. As shown above, said defendants wrongfully, unlawfully and unjustifiably killed and otherwise proximately caused the death of plaintiff's deceased; Michael Patrick Lass on October 12, 2007.

67. As shown above, defendants conspired to beat-up/kill plaintiff's deceased, Michael Patrick Lass.

68. As shown above, during the approximately 20 to 30 minute period of time the plaintiff's deceased, was beaten to death, DOES 1 through 10, inclusive, and/or others had a clear view and could clearly hear Michael Patrick Lass being beaten to death. Notwithstanding the fact, none of said defendants did anything whatsoever to stop or to even ameliorate the beating of Michael Patrick Lass., allowing it to continue until he was lifeless.

69. Alternatively, DOES 1-10, inclusive, knowing and aware of the dangers imposed upon the deceased by inflicting corporal punishment, had a duty to protect the inmate Michael Patrick Lass from continued harm by fellow deputies, jailers, and/or guards.

70. Minimally, therefore, the actions of defendants

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

COMPLAINT FOR DAMAGES

constitute a deliberate indifference to the well being of Michael Patrick Lass and more probably, the actions of said defendants constituted deliberate conduct causing the beating and ultimate death of Michael Patrick Lass; a man in police custody (in the custody of the Orange County Jail), and a man that defendants owed a duty to care for the safety of.

71. Accordingly, said violations of plaintiff's deceased's fourteenth amendment right to police protection while in police custody caused Michael Patrick Lass, to suffer severe physical mental and emotional injuries, distress, pain and suffering, before he passed away (pre=death distress, pain and suffering)(, as well as loss wages and profits, all in an amount in excess of $20,000,000.00.

72. The actions by said defendants complained of above were done maliciously and in reckless disregard of the plaintiff's constitutional rights, sufficient for an award of punitive/exemplary damages against defendants in an amount to be shown at trial, in excess of $20,000,000.00.

\\\

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

21

COMPLAINT FOR DAMAGES

### SIXTH CAUSE OF ACTION
### BATTERY
### Under California State Law
(By Plaintiff Frederick J. Lass As
Executor of the Estate of Michael Patrick Lass, on
Behalf Of the Estate of Michael Patrick Lass)

73.  Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 65 through 72, inclusive, above, as if set forth in full herein.

74.  As shown above, said defendants unlawfully beat-up and beat to death,

75.  Said conduct by defendants constitutes a battery of Michael Patrick Lass under California state law.

76.  Said batter caused Michael Patrick Lass to suffer severe physical mental and emotional injuries, distress, pain and suffering, before he passed away (pre-death distress, pain and suffering), as well as lost wages and profits, all in an amount in excess of $20,000.000.00.

77.  Moreover, the actions by said defendants complained of above were done maliciously, oppressively and constituted despicable conduct; sufficient for an award of punitive/exemplary damages against defendants in an amount to be shown at trial, in excess of $20,000,000.00.

\\\

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

COMPLAINT FOR DAMAGES

## SEVENTH CAUSE OF ACTION
### ASSAULT
### Under California State Law
(By Plaintiff Michael Patrick Lass, Frederick J. Lass, On Behalf of the Estate of Michael Patrick Lass, against all Defendants)

78.   Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 73 through 77, inclusive, above, as if set forth in full herein.

79.  As shown above, said defendants unlawfully beat-up and beat to death, Michael Patrick Lass.

80.   Before and while Michael Patrick Lass was being beaten, as describe above, Michael Patrick Lass was placed in reasonable fear of receiving a violent and severe personal injury; terrorizing Michael Patrick Lass prior to his dying from said beating.

81.  Said conduct by defendants constitutes an assault of Michael Patrick Lass under California state law.

82.   Said assault caused Michael Patrick Lass to suffer severe physical mental and emotional injuries, distress, pain and suffering, before he passed away (pre-death distress, pain and suffering), as well as lost wages and profits, all in an amount in excess of $20,000,000.00.

83.   Moreover, the actions by said defendants

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

1  complained of above were done maliciously, oppressively and

2  constituted despicable conduct; sufficient for an award of

3  punitive/exemplary damages against defendants in an amount

4

5  to be shown at trial, in excess of $20,000,000.00.

6              EIGHTH CAUSE OF ACTION
         Violation of Cal.Civil Code §52.1

7              Under California State Law
      (By Plaintiff Frederick J. Lass, Individually, And As

8          the Executor of the Estate of Michael Patrick
           Lass,

9          On Behalf of the Estate of Michael Patrick Lass)

10

11      84.   Plaintiff hereby reallege and incorporate by

12  reference the allegations set forth in paragraphs 78

13  through 83, inclusive, above, as if set forth in full

14  herein.

15

16      85.  The actions by defendants interfered with, and/or

17  attempted to interfere with, by threats, intimidation, and

18  coercion, and by the actual use of force, the exercise or

19  enjoyment of plaintiff's of rights secured by the

20  Constitution of law of the United States, and of the rights

21

22  secured by the California Constitution and laws of

23  California, as described above; in violation of Cal.Civil

24  Code §52.1, and Cal. Gov't Code §§815.2(a), 815.6, 820,

25

26  820.8.

27      86.  As a direct and proximate result of defendants'

28  actions, above-referenced plaintiff Frederick J. Lass, the

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

24

1  father of Michael Patrick Lass, lost his father-son
2  relationship with his late son, Michael Patrick Lass, and
3  suffered severe physical, mental and emotional pain,
4  suffering and distress.
5
6      87.   Also as a direct and proximate result of
7  defendants' actions, above-referenced, plaintiff Frederick
8  J. Lass, the father of Michael Patrick Lass, incurred
9  medical and psychological costs/bills and expenses,
10 incurred funeral and burial expenses, and incurred other
11 special and general damages, all in an amount to be proven
12 at trial in excess of $20,000,000.00.
13
14     88. Said actions by defendants caused Michael Patrick
15 Lass to suffer severe physical mental and emotional
16 injuries, distress, pain and suffering, before he passed
17 away (pre-death distress, pain and suffering), as well as
18 lost wages and profits, all in an amount in excess of
19 $20,000,000.00.
20
21     89.   The actions by said defendants complained of
22 above were done maliciously, oppressively and constituted
23 despicable conduct; sufficient for award of
24 punitive/exemplary damages against defendants in an amount
25 to be shown at trial, in excess of $20,000,000.00.
26
27
28

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

25

COMPLAINT FOR DAMAGES

90.    In addition, pursuant to Cal.Civil Code §52.1, plaintiff's are entitled to an award of treble (triple) compensatory damages against defendants.

<u>NINTH CAUSE OF ACTION</u>
Negligence Under California State Law
(Against all Defendants)
(By Plaintiff Frederick J. Lass, Individually,
And As The Executor of the Estate of
Michael Patrick Lass, Against All Defendants)

91.    Plaintiff hereby reallege and incorporate by reference the allegations set forth in paragraphs 83 through 90, inclusive, above, as if set forth in full herein.

92.    At all times complained of herein, COUNTY and DOES 1 through 10, inclusive, knew of the propensities of Defendants DOES 1 through 50 to beat inmates who did not readily comply with deputies, jailers, and/or guards' orders, or had speech and/or attitude problems.

93.    Moreover, at all times complained of herein, COUNTY, CORONA and DOES 1 through 10, inclusive, either knew of or reasonably should have known, of the violent propensities of said deputy sheriff's, jailers, guards, special officers and custodial officers at the Orange Jails and DOES 1 through 10, inclusive) regarding the beating and torturing of inmates at the Orange County Jails by deputy

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

sheriff's, jailers, guards, special officers and custodial officers, and either knew or reasonably should have known of the propensities of deputy sheriff's, jailers, guards, special officers and custodial officers at the Orange County Jails to beat inmates for minor infractions and instill fear for control of inmates and not only did nothing to discipline such deputy sheriff's, jailers, guards, special officers and custodial officers at the Orange County Jails, or to otherwise prevent them/or admonish them for such conduct, or otherwise to take measures to prevent, or at least reduce, the frequencies of such beatings and torturings of persons accused of minor infractions of jail rules and unwritten polices, by Orange County Sheriff's Department deputy sheriff's, jailers, guards, special officers and custodial officers, but also actively conspired and participated in an ongoing conspiracy to cover-up said torturing and beatings, such as by encouraging, aiding, abetting the concealment and destruction of evidence that showed such torturings and beatings.

94. Moreover, said defendants deliberately failed to have fixed video monitoring camera and recorders in certain

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

areas of the Orange County Jails, to ensure/help ensure the safety of inmates in the Orange County Jails, in breach of said defendants' duty to all jail inmates to ensure their safety while in jail custody.

95.  COUNTY, CORONA and DOES 1 through 10, inclusive, had a duty to all inmates at the Orange County Jails, including plaintiff's deceased, to protect them from harm while in Orange County Sheriff's Department custody.

96.  Said actions by said defendants, as set forth above and below, constitute a breach of said defendants' duty to use due care toward plaintiff's deceased, under California state law.

97.  As a direct and proximate result of defendants' actions,

above-referenced, plaintiff Frederick J. Lass, the father of Michael Patrick Lass, lost his father-son relationship with his late son, Michael Patrick Lass (via the killing of him), and suffered severe physical, mental and emotional pain, suffering and distress.

98.  Also as a direct and proximate result of defendants' actions, above referenced, plaintiff Frederick J. Lass, the father of Michael Patrick Lass, incurred

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

28

COMPLAINT FOR DAMAGES

medical and psychological costs/bills and expenses, incurred funeral and burial expenses, and incurred other special and general damages, all in an amount to be proven at trial in excess of $20,000,000.00.

99.   Said actions by defendants caused Michael Patrick Lass to suffer severe physical mental and emotional injuries, distress, pain and suffering, before he passed away (pre-death distress, pain and suffering), as well as loss wages and profits, all in the amount in excess of $20,000,000.00.

<u>TENTH CAUSE OF ACTION</u>
<u>VIOLATION OF 42 U.S.C. §1983</u>
SECTION 1983 CLAIM AGAINST SUPERVISORY DEFENDANT IN INDIVIDUAL CAPACITY
(By Plaintiff Frederick J. Lass, Individually, and as the Executor of the Estate of Michael Patrick Lass, on Behalf of the Estate of Michael Patrick Lass, Against Defendants CORONA DOES 1-50,inclusive)

100.   Plaintiffs hereby reallege and incorporate by reference the allegations set forth in paragraphs 91 through 99, inclusive, above, as if set forth in full herein.

101.   As alleged above, CORONA was and is the elected Sheriff of Orange County, California, from 1999 through 2007.

102.   Also as alleged above, CORONA either caused to

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

COMPLAINT FOR DAMAGES

come into existence, or perpetuated and/or augmented and/or aggravated and/or condoned, the policies, practices, usages and customs of the orange County Sheriff's Department for subjecting inmates to being tortured and beaten by deputy sheriffs, jailers, guards, special officers and other custodial officers, at the Orange County Jails.

103.   Also as alleged above, CORONA set in motion a series of acts by his subordinates, that he knew or reasonably should have known would cause said subordinates to deprive the plaintiffs of their constitutional rights, such as the right to be free from being subjected to unreasonable force and the right to be free from interference with plaintiff's parent-child relationship, and to deprive other persons similarly situated, of the violation of their constitutional rights.

104.   In the alternative, CORONA knew, or reasonably should have known, that his subordinates were engaging in acts of torturing and beating inmates, and at the Orange County Jails; and filed to act to prevent and/or prevented his subordinates from engaging in such conduct, that deprived the plaintiff/plaintiff's deceased, and others similarly situated, of their constitutional rights.

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

30

COMPLAINT FOR DAMAGES

105. Accordingly, said violations of plaintiffs' and plaintiff's deceased's rights to be free from the use of unreasonable force upon his person by defendants caused them to suffer severe physical mental and emotional injuries, distress, pain and suffering, before plaintiff's deceased passed away (pre-death distress, pain and suffering), and ultimately, caused plaintiff's deceased's death, all in an amount in excess of $20,000,000.00.

106. The actions by said defendants complained of above were done maliciously and in reckless disregard of the plaintiffs' constitutional rights, sufficient for an award of punitive/exemplary damages against defendants in an amount to be shown at trial, in excess of $20,000,000.00.

<u>ELEVENTH CAUSE OF ACTION</u>
<u>VIOLATION OF 42 U.S.C. §1983</u>
SECTION 1983 CLAIM AGAINST COUNTY OF ORANGE BASED ON POLICY OF FAILURE TO TRAIN
(By Plaintiff Frederick J. Lass, Individually, and as the Executor of the Estate of Michael Patrick Lass, on Behalf of the Estate of Michael Patrick Lass, Against Defendant COUNTY)

107. Plaintiffs hereby reallege and incorporate by reference the allegations set forth in paragraphs 100 through 106, inclusive, above, as if set forth in full herein.

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

31

COMPLAINT FOR DAMAGES

108. As alleged above, DOES 1 through 50, inclusive, at all time complained of herein, acted under the color of state law.

109. The training policies of the defendant COUNTY were not adequate to train its deputy sheriffs, guards, jailers, special officers and custodial officers who worked the Orange County Jails to handle the usual and recurring situations with which they must deal, as described above.

110. COUNTY was deliberately indifferent to the obvious consequences of its failure to train its deputy sheriffs, jailers, guards, special officers and other custodial officers, who worked at the Orange County Jails.

111. Accordingly, said failure of defendant COUNTY to adequately train its deputy sheriffs, jailers, guards, special officer and other custodial officers, who worked at the Orange County Jails, caused the violations of plaintiffs' and plaintiff's deceased's rights to be free from the use of unreasonable force upon his person by defendants caused them to suffer severe physical mental and emotional injuries, distress, pain and suffering, before plaintiff's passed away (pre-death distress, pain and suffering), and ultimately, caused plaintiff's deceased's

THOMAS AVDEEF
ATTORNEY AT LAW
158 N. CENTER
ORANGE, CA 92666
(714) 288-4194

1  death, all in the amount in excess of $20,000,000.00.

2      WHEREFORE, plaintiffs pray for judgment against all

3  defendants, and each of them, as to each cause of action,

4

5  as follows:

6      1.   That plaintiffs be awarded a judgment against all

7      defendants for compensatory damages, including treble

8      compensatory damages, in an amount in to be proven at

9

10     trial, in excess of $80,000,000.00.

11     2.   That plaintiffs be awarded a judgment against all

12     defendants  except  defendant  County  of  Orange  for

13     punitive/exemplary damages in an amount in to be proven

14     at trial, in excess of $50,000,000.00.

15

16     3.   That plaintiffs be awarded reasonable attorney's

17     fees and costs of suit herein;

18     4.   That plaintiffs be given a trial by jury; and

19

20     5.   That the honorable court make and award such other

21 relief as this honorable court deems just and equitable.

22 Dated: October 10, 2008          LAW OFFICE OF THOMAS AVDEEF

23

24

25

26                        Thomas Avdeef, Attorney for
                          Plaintiff Frederick J. Lass
27

28

S AVDEEF
EY AT LAW
CENTER
CA 92666
288-4194

33

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

COPY

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| FREDERICK J. LASS, Individually and as Executor of the Estate of MICHAEL PATRICK LASS<br><br>Orange County | COUNTY OF ORANGE, MICHAEL S. CARONA, and DOES 1 through 80, inclusive<br><br>Orange County |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>THOMAS AVDEEV, ESQ.<br>191 N. CENTER STREET<br>ORANGE, CA 92866 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $ 80,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☒ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| | ☐ 290 All Other Real Property | | | | |

**SACV 08-01132 JVS (ANx)**

FOR OFFICE USE ONLY:    Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                               **CIVIL COVER SHEET**                                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| FREDERICK J. LASS-ORANGE COUNTY | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| COUNTY OF ORANGE-ORANGE COUNTY<br>MICHAEL S. CARONA-ORANGE COUNTY | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 10/10/08

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV08- 1132 JVS (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

THOMAS AVDEEF, ESQ. [STATE BAR # 88942]
LAW OFFICE OF THOMAS AVDEEF
191 N. CENTER STREET
ORANGE, CA 92866
TELEPHONE: (714) 288-4194 FAX: (714) 744-3820
E-MAIL: tashark@aol.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. LASS, Individually, and as Executor of the Estate of Michael Patrick Lass<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF ORANGE, MICHAEL S. CARONA, and DOES 1 through *10*, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV 08-01132 JVS (ANx)**<br><br><br><br>**SUMMONS** |

TO:    DEFENDANT(S):  COUNTY OF ORANGE, MICHAEL S. CARONA

A lawsuit has been filed against you.

Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Thomas Avdeef _____, whose address is  191 N. Center Street, Orange, CA 92866 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:    **OCT 1 0** 2008

By:    **NANCY K BOEHME**
Deputy Clerk

*(Seal of the Court)*

1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                                **SUMMONS**