1  S. Frank Harrell, Esq. [State Bar #133437]
   sharrell@lynberg.com
2  Alexandru D. Mihai, Esq. [State Bar #251770]
   amihai@lynberg.com
3  **LYNBERG & WATKINS**
   A Professional Corporation
4  333 City Boulevard West, Suite 640
   Orange, California 92868-5915
5  Phone: (714) 937-1010
   Fax: (714) 937-1003
6
   Attorneys for Defendant COUNTY OF ORANGE
7  DEPUTY S. PAGE, DEPUTY WILLIAM RODRIGUEZ,
   DEPUTY JASON VAN DUSEN, DEPUTY CHARLES
8  FOOTE, DEPUTY MATTHEW STAFFORD,
   DEPUTY MARIO CASTRO, DEPUTY MARK WEHRI
9
                    UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11

12 | FREDERICK J. LASS, Individually         ) CASE NO: SACV 08-01132 JVS
13 | and as Executor of the Estate of        ) (ANx)
   | MICHAEL PATRICK LASS,                   )
14 |                                         ) Assigned for All Purposes to:
   |                       Plaintiff,        ) Honorable James V. Selna
15 |                                         )
   |                                         ) **[PROPOSED]** **ORDER FOR**
16 |   vs.                                   ) **PROTECTIVE ORDER**
   |                                         )
17 | COUNTY OF ORANGE, DEPUTY S.              )
   | PAGE, DEPUTY WILLIAM                    ) *Trial Date:  June 8, 2010*
18 | RODRIGUEZ, DEPUTY JASON VAN              )
   | DUSEN, DEPUTY CHARLES                   )
19 | FOOTE, DEPUTY MATTHEW                   ) *Complaint filed:  October 10, 2008*
   | STAFFORD, DEPUTY MARIO                  )
20 | CASTRO, DEPUTY MARK WEHRI               )
   | and DOES 1 through 10, inclusive,       )
21 |                                         )
   |                       Defendant.        )
22 |                                         )
                                             )

# **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court now adopts the parties' Stipulation for Protective Order and enters the same as an **ORDER** of the Court.

IT IS SO ORDERED.

Date:  January 19, 2010

_____
HON. ARTHUR NAKAZATO
United States Magistrate Judge