S. Frank Harrell, Esq. [State Bar #133437]
sharrell@lynberg.com
Alexandru D. Mihai, Esq. [State Bar #251770]
amihai@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868-5915
Phone: (714) 937-1010
Fax: (714) 937-1003

JS-6

Attorneys for Defendants COUNTY OF ORANGE
DEPUTY S. PAGE, DEPUTY WILLIAM RODRIGUEZ,
DEPUTY CHARLES FOOTE, DEPUTY MATTHEW
STAFFORD, DEPUTY MARIO CASTRO,
DEPUTY MARK WEHRLI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. LASS, Individually and as Executor of the Estate of MICHAEL PATRICK LASS, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ORANGE, MICHAEL S. CARONA, DEPUTY S. PAGE, DEPUTY WILLIAM RODRIGUEZ, DEPUTY JASON VAN DUSEN, DEPUTY CHARLES FOOTE, DEPUTY MATTHEW STAFFORD, DEPUTY MARIO CASTRO, DEPUTY MARK WEHRI and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO: SACV 08-01132 JVS (ANx) <br><br> Assigned for All Purposes to: Honorable James V. Selna Courtroom 10-C <br><br> **JUDGMENT FOR DEFENDANTS** |

1

**JUDGMENT FOR DEFENDANTS**

This action came on regularly for trial on September 14, 2010 in Courtroom 10-C of the United States District Court, Central District of California located at 411 Fourth Street, Santa Ana, California, the Honorable James V. Selna, presiding. Plaintiffs Frederick J. Lass, individually, and as executor of the Estate of Michael Patrick Lass, ("Plaintiff") appeared by attorney Thomas Avdeef.  Defendants County of Orange, Si Page, Matthew Stafford, William Rodriguez, Mario Castro, Charles Foote, and Mark Wehrli ("Defendants") appeared by attorneys Norman J. Watkins and S. Frank Harrell.  A jury of eight persons was regularly impaneled and sworn.

After hearing all of the evidence, the Court duly instructed the jury and the cause was submitted to the jury.  On October 1, 2010, the jury returned into Court with two (2) Special Verdicts as follows:

## **SPECIAL VERDICT RE EIGHTH AMENDMENT CLAIM**

<u>Question No. 1:</u>

Do you find by a preponderance of the evidence that any of the defendants used excessive force amounting to cruel and unusual punishment in violation of the Eighth Amendment to the Constitution upon the decedent Michael Patrick Lass? Answer "yes" or "no" for each defendant.

| | | |
|---|---|---|
| Deputy Si Page | Yes _____ | No _X_ |
| Deputy William Rodriguez | Yes _____ | No _X_ |
| Deputy Charles Foote | Yes _____ | No _X_ |
| Deputy Matthew Stafford | Yes _____ | No _X_ |
| Deputy Mario Castro | Yes _____ | No _X_ |
| Deputy Mark Wehrli | Yes _____ | No _X_ |

///

///

**JUDGMENT FOR DEFENDANTS**

## <u>SPECIAL VERDICT RE FOURTEENTH AMENDMENT CLAIM</u>

<u>Question No. 1:</u>

Do you find by a preponderance of the evidence that the Plaintiff Frederick J. Lass had a familial relationship with his son decedent Michael Patrick Lass?

Yes _____          No __X__

///

///

///

///

///

///

///

///

3

**JUDGMENT FOR DEFENDANTS**

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

Defendants County of Orange, Si Page, Matthew Stafford, William Rodriguez, Mario Castro, Charles Foote, and Mark Wehrli shall have Judgment in their favor and that Plaintiffs Frederick J. Lass, individually, and as executor of the Estate of Michael Patrick Lass shall take nothing by way of Plaintiff's operative Complaint against these Defendants.

The Court further rules that Defendants shall recover from Plaintiffs their costs of suit in accordance with applicable law; and that this matter be, and hereby is, dismissed as to Defendants County of Orange, Si Page, Matthew Stafford, William Rodriguez, Mario Castro, Charles Foote, and Mark Wehrli, with prejudice.

**IT IS SO ORDERED.**

DATE:  _October 13, 2010_____

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**JUDGMENT FOR DEFENDANTS**